AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
ADITHYA MANI (Bar No. 301880)
Deputy Federal Public Defender
(E-Mail: Adithya_Mani@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520
JAMES S. THREATT (Bar No. 325317)
(E-Mail: Jimmy_Threatt@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANTJUAN STEPHONE DOSS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTJUAN STEPHONE DOSS,

Defendant.

Case No. 2:23-CR-00558-GW

**UNOPPOSED *EX PARTE* APPLICATION FOR APPOINTMENT OF ADITHYA MANI AS CO-COUNSEL; DECLARATIONS OF COUNSEL**

The Office of the Federal Public Defender, through Interim Federal Public Defender Amy Karlin, hereby applies *ex parte* for an order appointing Adithya Mani as CJA co-counsel for Mr. Antjuan Stephone Doss, along with the Office of the Federal Public Defender, effective December 14, 2026. Mr. Mani has represented Mr. Doss since December 1, 2023 as a Deputy Federal Public Defender. Mr. Doss has also been represented by Deputy Federal Public Defender James S. Threatt since April 23, 2025.

///

This request is based upon the attached declarations of Adithya Mani and Interim Federal Public Defender Amy Karlin. The government does not oppose this request.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: November 13, 2026

By */s/ Amy Karlin*
Interim Federal Public Defender

**DECLARATION OF ADITHYA MANI**

I, Adithya Mani, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Antjuan Stephone Doss in the above-entitled action.

2. On December 14, 2026, I will be leaving the Office of the Federal Public Defender. I have worked as a Deputy Federal Public Defender since November 2018. I intend to go into private practice. I have applied to the Criminal Justice Act Trial Panel in this jurisdiction.

3. I have represented Mr. Doss in the case entitled *United States v. Antjuan Stephone Doss* since December 1, 2023. Deputy Federal Public Defender James S. Threatt was appointed to this matter on April 23, 2025. On August 27, 2026, the Court accepted Mr. Doss's plea of guilty as to Counts Two and Six of the Indictment and ordered those pleas entered. The Court has scheduled sentencing for February 25, 2027.

4. While working on his case, Mr. Doss and I have developed a trust relationship based on attorney-client meetings, review of discovery, and preparing his mitigation in connection with the plea negotiations that ultimately resulted in the operative plea agreement. While engaging in pretrial investigation and analysis, I was simultaneously engaging in preparing his mitigation immediately after I was appointed to the case. As an example, I appeared for Mr. Doss and presented arguments regarding his social history and cited family court records at his bail review application hearing on March 6, 2024, which lasted almost 1 hour. (Mins., Bail Hrg., Dkt. 30 (noting duration of 54 minutes).)

5. Moreover, I have worked closely with Deputy Federal Public Defender Jimmy S. Threatt in preparation for trial and motions before Mr. Doss's guilty plea, in communications with the government in plea negotiations, and in preparing Mr. Doss's

mitigation in connection with those plea negotiations. As a team, we have developed a strong bond of mutual trust and respect, and together we have earned the ongoing trust of Mr. Doss. The stakes for this case are high, as the parties have stipulated that 1) Mr. Doss's estimated guidelines range is 262-327 months' imprisonment, and 2) that an appropriate disposition of this case is a sentence of 216 to 288 months' imprisonment. (Plea Agreement, Dkt. 69.)

6. I have communicated with Mr. Doss and DFPD Threatt about my upcoming departure from the Office of the Federal Public Defender. Mr. Doss desires that we keep the team intact and that I continue to represent him. He feels that having continuity of counsel will serve his best interests.

7. I believe that it is in Mr. Doss's best interest for me to continue to represent him as co-counsel and remain a part of his defense team once I leave the office, given the history I have with this case. I am requesting that I be compensated at the CJA rate.

8. AUSA Matthew J. Tako informed me that the government does not oppose this application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 13, 2026, at Santa Ana, California.

By * /s/ Adithya Mani*
ADITHYA MANI

## DECLARATION OF AMY KARLIN

I, Amy Karlin, hereby declare as follows:

1. I serve as Interim Federal Public Defender for the Office of the Federal Public Defender in the Central District of California.

2. Deputy Federal Public Defender Adithya Mani is one of the attorneys in our office appointed to represent Mr. Antjuan Stephone Doss in *United States v. Antjuan Stephone Doss*, Case No. 2:23-CR-00558-GW. Mr. Mani has been Mr. Doss's attorney since December 1, 2023. He has performed significant work on the case, including attorney-client meetings, review of discovery, and preparing his mitigation in connection with the plea negotiations that ultimately resulted in the operative plea agreement. He has also worked closely with Deputy Federal Public Defender James S. Threatt on this matter.

3. I have been advised that Mr. Mani has developed a relationship of trust and confidence with Mr. Doss and that the parties have stipulated that 1) Mr. Doss's estimated guidelines range is 262-327 months' imprisonment, and 2) that an appropriate disposition of this case is a sentence of 216 to 288 months' imprisonment. I have also been advised that Mr. Doss wants Mr. Mani to continue to work on his case along with DFPD Threatt when Mr. Mani leaves the Office of the Federal Public Defender on December 14, 2026.

4. I believe that it is in Mr. Doss's best interest that Mr. Mani continue to represent Mr. Doss in this matter as co-counsel. This request is unique because we are not asking that the Office of the Federal Public Defender be relieved, but that Mr. Mani be appointed as CJA counsel so that he may continue to be a part of the defense team, as he has been since December of 2023.

///

5. I believe it supports the goal of continuity of counsel to allow Mr. Mani to remain on the case with Mr. Doss as co-counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026 at Santa Ana, California.

*/s/ Amy Karlin*
AMY KARLIN
Interim Federal Public Defender